Bron E. D'Angelo, Esq., SBN 246819
Silvia E. Luna, Esq., SBN 315077
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd., #1100
Los Angeles, CA 90045
Tel: (310) 649-5772
Fax: (310) 649-5777
E-mail: sluna@pettitkohn.com

Attorneys for Defendant
**WALMART, INC. (erroneously sued as WALMART)**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GOMEZ DE QUIROZ, <br><br> Plaintiff, <br><br> v. <br><br> WALMART, WAL-MART STORES TO 10, INCLUSIVE <br><br> Defendants. | CASE NO.: 2:18-CV-10322 <br><br> **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)** <br><br> Courtroom: <br> District Judge: <br> Magistrate Judge: <br> Complaint Filed: April 25, 2018 <br> Trial Date: |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALMART, INC. ("Walmart"), by and through its counsel, hereby removes that above-entitled action filed by Plaintiff MARIA GOMEZ DE QUIROZ ("Plaintiff") in the Superior Court of the State of California, County of Los Angeles, Case No. BC703836 to the United States District Court, Central District of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

///

///

1. On April 25, 2018, an action was commenced in the Superior Court of the State of California, County of Los Angeles, entitled *Maria Gomez De Quiroz v. Walmart*, Case Number BC703836 ("the State Action"). A copy of the complaint filed in the State Action is attached hereto as Exhibit 1.

2. Walmart was served with a copy of the complaint filed in the State Action and a summons from the State Court on July 6, 2018. A copy of the summons is attached hereto as Exhibit 2.

3. Plaintiff's complaint purports to assert causes of action for negligence and premises liability under the laws of California.

4. The complaint seeks to recover costs of suit, pre-judgment interest, and compensatory damages, including wage loss, hospital and medical expenses and loss of earning capacity. (Exhibit 1, ¶¶ 11 and 14.)

### DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)

5. This Court has jurisdiction over this matter under 28 U.S.C. § 1332 (a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. §§ 1441 (a) and (b).

6. Plaintiff admits that he is a resident and a citizen of the State of California and that he is claiming more than $75,000 in damages arising from the incident in his responses to Walmart's Request for Admissions, Set Two. A copy of Walmart's Request for Admissions, Set Two, and Plaintiff's responses to Walmart's Request for Admissions, Set Two, is attached hereto as Exhibits 7 and 8. Defendant is informed and believes that Plaintiff is a citizen of California.

7. Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as Exhibits 3 and 4, respectively.

8. We are informed and believe that Defendant Wal-Mart Stores East, Inc. was erroneously sued as Defendant Wal-Mart Stores, Inc. Defendant Wal-Mart Stores East, Inc. is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Wal-Mart Stores East, Inc.'s corporate information from the California Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as Exhibits 5 and 6, respectively.

9. Because the State Action is pending in the Superior Court of California in and for the County of Los Angeles, removal of this action to this District Court is proper under 28 U.S.C. section 1441 (a).

10. Removal is timely under 28 U.S.C. section 1446 (b) because this Notice of Removal is filed within 30 days of Walmart being served with Plaintiff's responses to Walmart's Request for Admissions, Set Two.

11. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff. A true and correct copy of this Notice of Removal and the concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Superior Court of the State of California in and for the County of Los Angeles as soon as practicable.

WHEREFORE, Walmart requests that the above-entitled action be removed from the Superior Court of the State of California, County of Los Angeles, to this District Court.

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: December 12, 2018 By: /s/ Silvia Luna
Bron E. D'Angelo, Esq.
Silvia E. Luna, Esq.
Attorneys for Defendant
**WALMART, INC.**

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) and (b)**

was/were served on this date to counsel of record:

[ X ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Robert P. Sievers, Esq.
SIEVERS LAW FIRM
8221 3rd Street, Suite 404
Downey, California 90241
Tel: (562) 861-1301
Fax: (562) 861-1269
**Attorneys for Plaintiff**
**MARIA GOMEZ DE QUIROZ**

Executed on **December 13, 2018**, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　/s/ Bridgette Araiza
　　　　　　　　　　　　　　　　　　Bridgette Araiza

2354-8981