Bron E. D'Angelo, Esq., SBN 246819
Silvia E. Luna, Esq., SBN 315077
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
5901 W. Century Blvd, #1100
Los Angeles, CA 90045
Tel: (310) 649-5772
Fax: (310) 649-5777
E-mail: sluna@pettitkohn.com

Attorneys for Defendant
**WALMART, INC. (erroneously sued as WALMART)**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GOMEZ DE QUIROZ,<br>Plaintiff,<br>v.<br>WALMART, WAL-MART STORES TO 10, INCLUSIVE<br>Defendants. | CASE NO.: 2:18-cv-10322 FMO (MAAx)<br>**JOINT STIPULATION FOR DISMISSAL [FRCP 41]**<br>Courtroom: 6D<br>District Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Maria A. Audero<br>Complaint Filed: April 25, 2018<br>Trial Date: March 3, 2020 |

Plaintiff MARIA GOMEZ DE QUIROZ and Defendant WALMART INC., by and through their designated counsel, hereby stipulate to the voluntary dismissal with prejudice of the entire action in this case. These dismissals are made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have reached a confidential resolution of their disputes.

**IT IS SO STIPULATED.**

**SIEVERS LAW FIRM**

Dated: 4-23-19

Robert P. Sievers, Esq.
Attorney for Plaintiff
**MARIA GOMEZ DE QUIROZ**
robert@sieverslawfirm.com

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated:

Bron E. D'Angelo, Esq.
Silvia E. Luna, Esq.
Attorneys for Defendant
**WALMART INC.**

**SIEVERS LAW FIRM**

Dated:

____________________________

Robert P. Sievers, Esq.
Attorney for Plaintiff
**MARIA GOMEZ DE QUIROZ**
robert@sieverslawfirm.com

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: April 30, 2019

/s/ Silvia E. Luna
Bron E. D'Angelo, Esq.
Silvia E. Luna, Esq.
Attorneys for Defendant
**WALMART INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**JOINT STIPULATION FOR DISMISSAL**
**[FRCP 41]**

was/were served on this date to counsel of record:

[ ] **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ ] **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[X] **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Robert P. Sievers, Esq.
SIEVERS LAW FIRM
8221 3rd Street, Suite 404
Downey, California 90241
Tel: (562) 861-1301
Fax: (562) 861-1269
**Attorney for Plaintiff**
**MARIA GOMEZ DE QUIROZ**

Executed on **April 30, 2019**, at Tucson, Arizona.

/s/ Bridgette Araiza
Bridgette Araiza